**Electronically Filed
Supreme Court
SCWC-20-0000379
13-FEB-2025
10:28 AM
Dkt. 5 ODAC**

SCWC-20-0000379

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

REINA KANAKAOLE,
individually and as next of friend for I.K., a minor,
Petitioners/Plaintiffs/Counterclaim Defendants-Appellants,

vs.

STATE OF HAWAIʻI,
Respondents/Defendant/Counterclaimant/Cross-Claimant/
Cross-Claim Defendant-Appellee,

and

STEPHANIE ALBORNOZ,
Respondent/Defendant-Appellee,

and

A.K., a minor; JONATHAN LEFITI and JENNIE LEFITI,
Respondents/Defendants/Cross-Claimants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000379; CASE NO. 3CC161000354)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Reina Kanakaole's Application for Writ of Certiorari, filed on December 30, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 13, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens